408 A.2d 1097

## COMMONWEALTH of Pennsylvania, Appellant,

v.

### Robert MARTIN.

Supreme Court of Pennsylvania.

Dec. 21, 1979.

Robert F. Banks, First Asst. Dist. Atty., Lycoming Co., for appellant.

Charles J. Tague, Jr., Asst. Public Defender, Lycoming Co., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Appeal dismissed as improvidently granted.

MANDERINO, J., did not participate in the consideration or decision of this case.